# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2017

## NO. 03-16-00233-CV

**Steven B. Aubrey, Individually, and as Beneficiary of, on behalf of, and for the benefit of the Aubrey Family Trust, Appellant**

**v.**

**United Heritage Credit Union and Wilford P. Schroeder, Jr., Appellees**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on January 8, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.